UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60750-CIV-COHN/Snow
04-60130-CR-COHN/Snow

MARVIN EWART,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

THIS CAUSE is before the Court on counsel Robert Ratliff's Motion for Limited Appearance (DE 4). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Robert Ratliff, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the movant **Mavin Ewart** in this cause; Jacqueline Cannavan, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 8th day of June, 2007.

                                                  LURANA S. SNOW
                                                 UNITED STATES MAGISTRATE JUDGE

Copies to:

Jacqueline Cannavan, Esq. (M and Local Counsel for Ratliff)
Robert Ratliff, Esq. (M)