UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60750-CIV-COHN/Snow
04-60130-CR-COHN/Snow

MARVIN EWART,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____

### ORDER TO RESPOND TO MOTION

THIS CAUSE is before the Court on the movant's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255, which was referred to United States Magistrate Judge, Lurana S. Snow, for report and recommendation. In order that this Court may be fully informed of the premise for the above motion, it is hereby

ORDERED AND ADJUDGED that the Government shall answer or otherwise move with respect to the instant motion on or before July 25, 2007. **The response should include any transcripts necessary for the resolution of this petition, unless those transcripts are already in the Court file.**

If the respondent intends to plead abuse of the writ, it must, with clarity and particularity, note the movant's prior writ history, identify the claims that appear for the first time, and allege that the movant has abused the writ. McCleskey v. Zant, 499

U.S. 467, 111 S.Ct. 1454, 1470 (1991). The respondent also must provide the Court with a copy of the movant's prior § 2255 motion or motions.

All parties are hereby instructed to send a courtesy copy of all pleadings filed, directly to the undersigned.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25th day of June, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Jacqueline Cannavan, Esq. (M and Local Counsel for Ratliff)
Robert Ratliff, Esq. (M)

AUSA Don Chase (FTL)

AUSA Anne Schultz (MIA)
  Chief, Appellate Division