UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60750-Civ-COHN/Snow
Case No. 04-60130-CR-COHN

MARVIN EWART,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

THIS CAUSE is before the Court sua sponte on the Supplemental and Memorandum of Law in Support of the Motion to Vacate, Correct, or Set Aside the Petitioner's Sentence Pursuant to 28 U.S.C. § 2255 (Docket Entry 7), which was referred to United States Magistrate Judge Lurana S. Snow. The movant, who is represented by counsel, filed the instant pro se supplement in violation of S.D.Fla.R. 11.1.D.4., which provides

> Whenever a party has appeared by attorney, the party cannot thereafter appear or act on the party's own behalf in the action or proceeding, or take any step therein, unless an order of substitution shall first have been made by the Court after notice to the attorney of such party and to the opposite party . . ..

The movant has not sought to be substituted for his counsel in this cause. With the Court being fully advised, it is hereby

ORDERED AND ADJUDGED that Docket Entry 7, the Supplemental and Memorandum of Law in Support of the Motion to Vacate, Correct, or Set Aside the Petitioner's Sentence Pursuant to 28 U.S.C. § 2255, is STRICKEN.

DONE AND ORDERED at Fort Lauderdale, Florida, this 3rd day of July, 2007.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copy to:

Jacqueline Cannavan, Esq. (M and Local Counsel for Ratliff)
Robert Ratliff, Esq. (M)
AUSA Don Chase (FTL)
AUSA Anne Schultz (MIA)
  Chief, Appellate Division