UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60750-CIV-COHN/SELTZER
(Criminal Case No. 04-60130-CR-COHN)

MARVIN EWART,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Movant's *pro se* Notice of Appeal to United States Court of Appeals for the Eleventh Circuit, which this Court construes as a Motion for Certificate of Appealability [DE 18].  The Court has carefully considered the matter and is otherwise fully advised in the premises.

    This Court adopted the Report and Recommendations of Magistrate Judge Seltzer, overruled Mr. Ewart's Objections, and denied Mr. Ewart's Motion to Vacate on February 21, 2008 [DE 16].  After considering the instant motion for certificate of appealability, the Court denies such certification, as the Court concludes under <u>Slack v. McDaniel</u>, 529 U.S. 473 (2000), that Movant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  <u>Id.</u> at 484.  The Court notes that pursuant to Rule 22(b)(1), the Movant may now seek a certificate of appealability from the Eleventh Circuit.  Accordingly, it is

**ORDERED AND ADJUDGED** that Movant's Motion for Certificate of Appealability [DE 18] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 22nd day of May, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Marvin Ewart
#56936-004
Federal Correctional Complex
Coleman-Low
P.O. Box 1031
Coleman, FL  333521-1031